HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032
Telephone: (702) 382-1714
Fax: (702) 382-1759
Attorney for Plaintiff
Vision Holidays, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VISION HOLIDAYS, INC., a Nevada corporation, | CASE NO.: 2:09-cv-00735-GMN-RJJ |
| Plaintiff, | |
| vs. | |
| EROUND WORLDWIDE, LTD., an entity; TONIO COLANGELO, an individual; DOES I through X, inclusive, ROE ENTITIES, X through XX. | ORDER AND JUDGMENT |
| Defendants. | |

In this action, the Defendant, EROUND WORLDWIDE, LTD., having failed to appear and answer Plaintiff's Complaint filed herein, the legal time for answering having expired, no answer having been filed, the Default of said Defendant, EROUND WORLDWIDE, LTD., having been entered according to law, an Evidentiary Hearing having been held on July 7, 2011, upon Application of said Plaintiff VISION HOLIDAYS, INC., Judgment is hereby entered against said Defendant EROUND WORLDWIDE, LTD. in pursuant of the prayer of said Complaint.

WHEREFORE, by virtue of the law and by reason of the premises aforesaid.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiff VISION HOLIDAYS, INC. have and recover from said Defendant, EROUND WORLDWIDE, LTD., Judgment in the principal sum of One Hundred Thirty Two Thousand Four Hundred Eighteen

Dollars and Two Cents ($132,418.02), as of the date hereof, with interest accruing thereon at the applicable federal legal rate until paid in full; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Plaintiff VISION HOLIDAYS, INC. be awarded costs of suit in the amount of Two Thousand Forty Five Dollars ($2,045.00).

**DATED** this 21st day of July, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

HAROLD P. GEWERTER, ESQ., LTD.

By: _____
HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
2705 Airport Drive
North Las Vegas, Nevada 89032
Attorneys for Plaintiff